IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**CODY SHONTEL HOWARD**                                                                 **PLAINTIFF**

V.                              **CASE NO.: 4:10CV00762 BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration**                                                      **DEFENDANT**

## JUDGMENT

Plaintiff Cody Howard's appeal is denied and judgment is entered in favor of Michael J. Astrue, Commissioner, Social Security Administration.

DATED this 1st day of July, 2011.

_____
UNITED STATES MAGISTRATE JUDGE